# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR3631-GT |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 6312 6208 |
| Bonifacio Benitez-Gomez ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __November 12, 2008__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓_____ Other. Dft. has been Indicted in 08CR3794-GT

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. / Clerk
by J. Perrault
Deputy Clerk

Received_____
DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

G. PERRAULT

CLERK'S COPY